# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3088
LT Case No. 2021-304213-CFDB

_____

NICHOLAS JAMES FOWLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Elizabeth A. Blackburn, Judge.

Matthew J. Metz, Public Defender, and Natalie R. Gossett,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee and Kaylee D.
Tatman, Assistant Attorney General, Daytona Beach, for
Appellee.

July 23, 2024

PER CURIAM.

AFFIRMED.

WALLIS, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____